Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com

*Attorney for the Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WESLEY S. RUSSELL,

    Plaintiff,

v.

I.Q. DATA INTERNATIONAL, INC.,

    Defendant.

Case No. 2:19-cv-03172-MWF-SS

**ORDER**

## ORDER ON DISMISSAL WITHOUT PREJUDICE

Plaintiff, WESLEY S. RUSSELL ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. having filed with this Court his Agreed Stipulation of Dismissal with Prejudice, and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: August 12, 2019

_____
Judge, U.S. District Court